United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY ROBINSON, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00016 |
| | § | |
| BRAZOS VALLEY COUNCIL OF | § | |
| GOVERNMENTS, *et al.*, | § | |
| Defendants. | § | |

### <u>ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION</u>

On March 4, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 27). Judge Ho filed a *Memorandum and Recommendation* on March 19, 2026, recommending that Plaintiffs' Motion to Remand (Dkt. 17) be denied. (Dkt. 40).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)  Judge Ho's *Memorandum and Recommendation* (Dkt. 40) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiffs' Motion to Remand (Dkt. 17) is **DENIED**.

SIGNED at Houston, Texas on April 24, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE